**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Kevin HARMAN, Defendant/Appellant.**

**No. ED 90581.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 20, 2009.

Peter Cohen, St. Louis, MO, for Appellant.

Shaun J. Mackelprang, Jonathan Hale–co-counsel, Jefferson City, MO, for Respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

#### ORDER

PER CURIAM.

Kevin Harman appeals from the trial court's judgment entered after a jury found him guilty of first-degree assault, in violation of Section 565.050 RSMo 2000.[1] Harman was sentenced as a prior and persistent offender and sentenced to life in prison. Harman claims the trial court

---

1. All further statutory references are to RSMo

erred in denying his motion for judgment of acquittal. We affirm.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 30.25(b).

---

2000, unless otherwise indicated.